IN THE UNITED STATES DISTRICT COURT
NORTHUR DISTRICT OF ILLINOIS

FILED
JUL 1 - 2015
JUDGE ELAINE E. BUCKLO
UNITED STATES DISTRICT COURT

JUDY SMITH, Individually and )
as Special Administrator of the )
Estate of RONALD SMITH, deceased, )
)
            Plaintiff, )
v. ) LAW NO. 06-cv-03759
)
CATERPILLAR, INC., et al., )
)
)
           Defendants. )

## STIPULATION

NOW COME Plaintiff, JUDY SMITH, Individually and as Special Administrator of the Estate of RONALD SMITH, by her attorneys, CASCINO VAUGHAN LAW OFFICES, and Defendant, SPRINKMANN SONS CORPORATION OF ILLINOIS (a dissolved corporation), by and through its attorney, CATHY A. MOLCHIN, P.C., and hereby stipulate and agree that Plaintiff's claims and causes of action against SPRINKMANN SONS CORPORATION OF ILLINOIS, have been settled and satisfied, and therefore the above cause may be dismissed with prejudice, cause of action satisfied, with each party to bear its own costs.

_____
Michael P. Cascino
Attorneys for Plaintiffs

_____
Cathy A. Molchin, P.C.
Attorney for Defendant

Cathy A. Molchin
4909 Sir Lionel Court
Mapleton, IL 61547
Telephone: (309) 633-0935